```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD A. PICKLES
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2766
    Facsimile: (916) 554-2900
 5
    For the UNITED STATES OF AMERICA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 2:11-CR-00189 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) | CONTINUE STATUS HEARING AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL |
| | ) | ACT |
| | ) | |
| ROBERTO CEJA SANDOVAL, | ) | **[18 U.S.C. § 3161(h)]** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on November 4, 2011. Defendant has filed a motion for discovery under Federal Rule of Criminal Procedure 16 seeking certain documents he believes are relevant to a motion to suppress, that latter of which he anticipates filing upon receipt and review of the documents [Docket No. 18]. The hearing on defendant's discovery motion is set for November 18, 2011, before the Honorable Dale A. Drozd.

The United States has communicated with counsel for Defendant, and informed him the United States will be filing a response to the discovery motion and anticipates the matter will be resolved with

1

the defendant receiving documents he believes are relevant to his anticipated motion to suppress. Thereafter, counsel for Defendant has informed the United States that he will need time to complete and file his motion to suppress, which will be noticed for hearing before this Court consistent with the Local Rules.

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate and request that the status hearing scheduled in this case for November 4, 2011 at 9:00 a.m, should be continued to January 6, 2012, at 9:00 a.m. In addition, the parties stipulate that the time period from November 4, 2011, to January 6, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare. A proposed order is attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: November 3, 2011    BENJAMIN B. WAGNER
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America

2

DATED: November 3, 2011

By: */s/ Todd A. Pickles for*
   STEVE E. TEICH
   For Defendant Roberto Sandoval

```
 1                  IN THE UNITED STATES DISTRICT COURT
 2                FOR THE EASTERN DISTRICT OF CALIFORNIA
 3
 4  UNITED STATES OF AMERICA,      )  CR. No. 2:11-CR-00189 GEB
                                   )
 5                 Plaintiff,      )
                                   )  [PROPOSED] ORDER TO CONTINUE STATUS
 6       v.                        )  HEARING AND TO EXCLUDE TIME UNDER
                                   )  THE SPEEDY TRIAL ACT
 7                                 )
                                   )  [18 U.S.C. § 3161(h)]
 8  ROBERTO CEJA SANDOVAL,         )
                                   )
 9                 Defendant.      )
                                   )
10                                 )
                                   )
11  _____)
```

Based on the reasons set forth in the stipulation of the parties filed on November 3, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status conference currently scheduled for November 4, 2011, is VACATED and that the case is SET for a status hearing on **January 6, 2012**, at **9:00 a.m.**

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 3, 2011 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from November 4, 2011, through January 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

4

IT IS SO ORDERED.

Dated: November 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge