BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

For the UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:11-CR-00189 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR MOTION TO SUPPRESS AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ROBERTO CEJA SANDOVAL, | **[18 U.S.C. § 3161(h)]** |
| Defendant. | |

This case is currently scheduled for a status hearing on January 6, 2012. The United States has communicated with counsel for Defendant, and has been informed that he is finalizing a motion to suppress to be filed shortly. In preparation for the motion, Defendant is still reviewing documents from the Shasta County Sheriff's Office that were subpoenaed by the United States on behalf of Defendant and that were provided to Defendant in mid-December 2011. The parties have met and conferred and propose the following briefing schedule on Defendant's anticipated motion to suppress:

1

| | |
|---|---|
| Deadline for Defendant to file motion to suppress | January 27, 2012 |
| Deadline for United States's opposition: | February 17, 2012 |
| Deadline for Defendant's reply: | March 2, 2012 |
| Hearing on motion: | March 16, 2012 |

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate and request that the status hearing scheduled in this case for January 6, 2012, at 9:00 a.m, should be vacated and the matter set for a hearing on Defendant's motion to suppress for March 16, 2012, at 9:00 a.m., as as soon thereafter as may be heard by the Court. In addition, the parties stipulate that the time period from January 6, 2012, to January 27, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that time thereafter will be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and Local Code E for consideration of the motion to suppress to be filed on or before January 27, 2012. A proposed order is attached and lodged separately for the Court's convenience.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: January 4, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | |
| 4 | | By: _/s/ Todd A. Pickles_<br>TODD A. PICKLES<br>Assistant U.S. Attorney |
| 5 | | |
| 6 | | For the United States of America |
| 7 | DATED: January 4, 2012 | |
| 8 | | By: _/s/ Todd A. Pickles for_<br>STEVE E. TEICH |
| 9 | | For Defendant Roberto Sandoval |

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

```
UNITED STATES OF AMERICA,     )  CR. No. 2:11-CR-00189 GEB
                              )
            Plaintiff,        )
                              )  [PROPOSED] ORDER TO CONTINUE STATUS
      v.                      )  HEARING AND TO EXCLUDE TIME UNDER
                              )  THE SPEEDY TRIAL ACT
                              )
                              )  [18 U.S.C. § 3161(h)]
ROBERTO CEJA SANDOVAL,        )
                              )
            Defendant.        )
                              )
                              )
_____)
```

Based on the reasons set forth in the stipulation of the parties filed on January 4, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety, including the schedule for briefing on Defendant's anticipated motion to suppress.

IT IS HEREBY ORDERED that the status conference currently scheduled for January 6, 2012, is VACATED and that the case is SET for a hearing on Defendant's motion to suppress on **March 16, 2012,** at **9:00 a.m.** or as soon thereafter as may be heard by the Court.

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 4, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from January 6, 2012, through January 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to

4

the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.  Time thereafter will be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and Local Code E, for consideration of Defendant's motion to suppress to be filed on or before January 27, 2012.

 IT IS SO ORDERED.

Dated:   January 4, 2012

GARLAND E. BURRELL, JR.
United States District Judge