1   **STEVE EMERY TEICH**
    Cal. State Bar No. **78397**
2   1390 Market Street
    Fox Plaza, Suite 310
3   San Francisco, CA 94102
    Telephone: (415) 864-5494
4
    Attorney for Defendant
5   **ROBERTO CEJA SANDOVAL**

6
                    **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE EASTERN DISTRICT OF CALIFORNIA**
                     **UNITED STATES OF AMERICA,**
8

9
    **UNITED STATES OF AMERICA**,      )   CR. No. 2:11-CR-00189 GEB
10                                     )
              Plaintiff,               )   **STIPULATION AND [PROPOSED] ORDER**
11                                     )   **TO SET SCHEDULE FOR MOTION TO**
    v.                                 )   **SUPPRESS AND TO EXCLUDE TIME**
12                                     )   **UNDER SPEEDY TRIAL ACT**
    **ROBERTO CEJA SANDOVAL**,         )   **[18 U.S.C. § 3161(h)]**
13                                     )
              Defendant.               )
14  _____     )

15          This case is currently scheduled for a motion to suppress on March 16, 2012. The United

16  States subpoened and defendant received in mid-December 2011, documents from the Shasta

17  County Sheriff's Office. Defendant has diligently reviewed the documents received, investigated

18  those documents, and reviewed the law as it relates to those documents in this case. This research

19  and investigation has demonstrated to defense counsel that there is still documentation that needs

20  to be obtained from the Shasta County Sheriff's Office in order to fairly litigate this issue.

21          Defense counsel has prepared a subpoena for those documents and sent the subpoena to the

22  court clerk for issuance (see attached). Because of the necessary delay to obtain these additional

23  documents from the sheriff's defense requests and the United States has no objection to resetting

24  the filing and motions dates for the motion to suppress. Defense therefore proposes the following

25  briefing schedule on Defendant's anticipated motion to suppress:

26          Deadline for Defendant to file motion to suppress April 6, 2012

27          Deadline for United States's opposition: April 27, 2012

28          Deadline for Defendant's reply: May 11, 2012

1    Hearing on motion: May 25, 2012

2        Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time

3    requested herein is necessary to provide defense counsel reasonable time to prepare his client's

4    defense taking into account due diligence. The parties further stipulate and agree that the ends of

5    justice to be served by granting the requested continuance outweigh the best interests of the public

6    and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate

7    and request that the hearing on the  motion to suppress scheduled in this case for March 16, 2012,

8    at 9:00 a.m, should be vacated and the matter set for a hearing on Defendant's motion to suppress

9    for May 25, 2012, at 9:00 a.m., as soon thereafter as may be heard by the Court. In addition, the

10   parties stipulate that the time period from January 26, 2012, to May 25, 2012, should be excluded

11   under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the

12   need to provide defense counsel with the reasonable time to prepare, and that time thereafter will

13   be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and Local Code E for

14   consideration of the motion to suppress to be filed on or before April 6, 2012. A proposed order is

15   attached and lodged separately for the Court's

16   convenience.

17

18   DATED: January 26, 2012          Respectfully submitted,

19

20
                                      BENJAMIN B. WAGNER
21                                    United States Attorney

22
                                      By: /s/ Steve E. Teich
23                                    TODD A. PICKLES
                                      Assistant U.S. Attorney
24                                    For the United States of America

25

26   DATED: January 26, 2012
                                      By: /s/ Steve E. Teich for
27                                    STEVE E. TEICH
                                      For Defendant Roberto Sandoval
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CR. No. **2:11-CR-00189 GEB** |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER TO CONTINUE** |
| | ) | **STATUS HEARING AND TO EXCLUDE TIME** |
| v. | ) | **UNDER SPEEDY TRIAL ACT** |
| | ) | **[18 U.S.C. § 3161(h)]** |
| **ROBERTO CEJA SANDOVAL,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the reasons set forth in the stipulation of the parties filed on January 26, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety, including the schedule for briefing on Defendant's anticipated motion to suppress.

**IT IS HEREBY ORDERED** that the status motion to suppress currently scheduled for January March 16, 2012, is VACATED and that the case is set for a hearing on Defendant's motion to suppress on **May 25, 2012,** at **9:00 a.m.** or as soon thereafter as may be heard by the Court.

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, **IT IS HEREBY ORDERED** that, for the reasons stated in the parties' January 26, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from January 26, 2012, through May 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence. Time thereafter will be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and Local Code E, for

consideration of Defendant's motion to suppress scheduled as follows:

Deadline for Defendant to file motion to suppress: April 6, 2012.

Deadline for United States' opposition: April 27, 2012.

Deadline for Defendant 's reply: May 11, 2012.

Hearing Motion May 25, 2012.

**IT IS SO ORDERED.**

Dated: January 26, 2012

GARLAND E. BURRELL, JR.
United States District Judge